722

SECOND DEPARTMENT, DECEMBER, 1968

(December 16, 1968)

ALEX ROTSETTIS et al., as Executors of JOHN ROTSETTIS, Deceased, et al., Respondents, v. NATIONWIDE MUTUAL INSURANCE COMPANY, Appellant.— Order of the Supreme Court, Westchester County, dated July 7, 1967, affirmed insofar as it granted plaintiffs summary judgment on the first cause of action and severed the action, and judgment of said court entered August 16, 1967 pursuant to said order, affirmed, with $30 costs and disbursements. No opinion. Beldock, P. J., Christ, Benjamin, Munder and Martuscello, JJ., concur. [58 Misc 2d 667.]